IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JOSEFER GERARDO MENDOZA,                *

    Petitioner,                  *

v.                        Case No.  4:26-cv-330-CDL-ALS

           *

Warden, STEWART DETENTION CENTER, *et*
*al.,*                       *

    Defendant.                 *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 5, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner.

This 5th day of March, 2026.

        David W. Bunt, Clerk


        s/ Elizabeth S. Long, Deputy Clerk